AO 91 (Rev. 5/85) Criminal Complaint                               AUSA Roger Powell\ ICE S/A Bendel

# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

ROSSANA GIL
FERNANDO GIL

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 03-4047-BSS

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about April 15, 2003 at Broward County, in the Southern District of Florida the defendants, did knowingly and willfully possess documents prescribed by statute and regulation as evidence of authorized stay in the United States, that is INS Forms I-551 (Resident Alien Receipt) Cards, which they knew to be counterfeited and falsely made, and possessed identification documents that were identification documents of the United States, to wit: United States Social Security Cards, which documents were produced without lawful authority;

in violation of Title __18__ United States Code, Sections __1546(a) and 1028(a)(6), respectively__

I further state that I am a __Special Agent of the Bureau of Immigration and Customs Enforcement__ and that this complaint is based on the following facts
Official Title

PLEASE SEE ATTACHED AFFIDAVIT

Continued on the attached and made a part hereof:    [x] Yes  [ ] No

_Signature of Complainant_
Special Agent Richard S. Bendel
Bureau of Immigration and Customs Enforcement

Sworn to before me, and subscribed in my presence,

APRIL 16, 2003                                              at   Fort Lauderdale, Florida
Date                                                              City and State

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer                          Signature of Judicial Officer

**AFFIDAVIT**

I, Richard S. Bendel, being duly sworn, depose and say:

1. I am a Special Agent of the newly formed U.S. Bureau of Immigration and Customs Enforcement (ICE) and have been a Federal agent since December of 1996. I am presently assigned to the Miami District Office and have been since September of 1997. Prior to that I was assigned to the Tampa, Florida Office. As an ICE Special Agent I am responsible for the investigation of violations of United States law, including violations of Titles 8 and 18, United States Code, and violations of the Immigration and Nationality Act.

2. This affidavit is submitted in support of a criminal complaint against Rossana GIL and Fernando GIL. Specifically the defendants were found in possession of fraudulent INS Forms I-551 (Resident Alien Receipt) cards and Social Security Administration (SSA) cards.

3. On April 9, 2003, ICE Miami received a anonymous tip letter that "Rossan GIL" was selling fraudulent immigration documents to aliens. The letter listed her date of birth and address. Investigation revealed that the address and date of birth are

1

correct and the true name is Rossana. Enclosed in the envelope with the letter was a Florida ID card, a fraudulent SSA card and fraudulent I-551 in the name of Wagner GIL. Also enclosed in the envelope was a fraudulent I-551 for Fernando GIL. ICE record checks indicate that both aliens are not legally entitled to possess these documents. Additional record checks revealed that the I-551 documents and SSA card were not legally issued to the persons named on the cards and are fraudulent.

4. On April 14, 2003, this writer surveilled the address listed in the tip letter and observed Rossana GIL's vehicle parked at the residence. Further, a check of the phone record lists her as the subscriber.

5. On April 15, 2003, ICE agents encountered Rossana and Fernando GIL at 4111 SW 25th Street, #15, Fort Lauderdale, Florida, the address listed in the tip letter. Rossana GIL was questioned concerning the documents and admitted to obtaining and distributing the I-551 cards and SSA cards to Fernando, her brother, and Wagner Hernan GIL, her father. Rossana GIL was advised of her rights per Miranda and agreed to give your affiant a statement. In the written statement, Rossana GIL stated that she paid approximately $250 for both sets of I-551 cards and SSA cards to a person named

Romeo (LNU). She admitted that she received the fraudulent identity documents and gave them to her brother and father. GIL admitted that she knew that purchasing and distributing of these cards was illegal.

6. On April 15, 2003, ICE agents also encountered Fernando GIL at 4111 SW 25th Street, #15, Fort Lauderdale, Florida. Fernando GIL was advised of his rights per Miranda and agreed to give a statement. Fernando GIL was questioned concerning the documents and admitted to receiving the I-551 card and SSA card from his sister, Rossana GIL.

7. Based on the information contained in this affidavit, I believe that there is probable cause to believe that Rossana GIL and Fernando GIL possessed documents prescribed by statute and regulation as evidence of authorized stay in the United States, that is INS Forms I-551 (Resident Alien Receipt) Cards, which the defendants knew to be counterfeited and falsely made, in violation of Title 18, United States Code, Section 1546(a) and that Rossana GIL and Fernando GIL possessed identification documents that were identification documents of the United States, to wit: a United States Social Security Cards, which documents were produced without

lawful authority, knowing that such documents were produced without such authority, in violation of Title 18, United States Code, Section 1028(a)(6).

                                    FURTHER YOUR AFFIANT SAYETH NAUGHT

                                    RICHARD S. BENDEL
                                    Special Agent
                                    U.S. Bureau of Immigration and Customs Enforcement

Sworn and subscribed before me this <u>16th</u> day of April, 2003

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

4

# BOND RECOMMENDATION

DEFENDANT __FERNANDO GIL_____

$ **Pre-Trial Detention**_____.


                                        _____
                                        ROGER W. POWELL
                                        ASSISTANT UNITED STATES ATTORNEY




Last Known Address_____

_____

What Facility_____

Agent-_ICE S/A RICHARD BENDEL (786-412-9399)_____
   (FBI) (SECRET SERVICE) (DEA) **(ICE)** (IRS)(ATF)(USCS) (USBP)


                                        **AO (Rev. 3/89)**
                                        **Bond Recommendation**

# BOND RECOMMENDATION

DEFENDANT __ROSSANA GIL__

$ **Pre-Trial Detention** _____.

_____
ROGER W. POWELL
ASSISTANT UNITED STATES ATTORNEY

Last Known Address_____

_____

What Facility_____

Agent- ICE S/A RICHARD BENDEL (786-412-9399)
  (FBI) (SECRET SERVICE) (DEA) **(ICE)** (IRS)(ATF)(USCS) (USBP)

AO (Rev. 3/89)
**Bond Recommendation**